█ The People of the State of New York, Respondent, v Justin Waller, Appellant. [8 NYS3d 908]—

Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered May 24, 2011, convicting defendant, upon his plea of guilty, of murder in the second degree and two counts of identity theft in the second degree, and sentencing him to an aggregate term of 23 years to life, unanimously affirmed.

The record does not cast doubt on defendant's competency to stand trial, and the court was not obligated, sua sponte, to order a CPL article 730 examination (*see Pate v Robinson*, 383 US 375 [1966]; *People v Tortorici*, 92 NY2d 757 [1999], *cert denied* 528 US 834 [1999]; *People v Morgan*, 87 NY2d 878 [1995]). Defendant was examined by a psychologist and a psychiatrist in contemplation of a possible psychiatric defense and as part of a prepleading investigation. While both doctors

diagnosed defendant with psychiatric illnesses, neither expressed any concern that defendant's mental condition could affect his ability to understand the charges and proceedings or to assist in his defense. Furthermore, defense counsel never requested a CPL article 730 examination or indicated any difficulty in communication, and the plea colloquy further demonstrated defendant's ability to understand the proceedings (*see People v Majors*, 73 AD3d 1382 [3d Dept 2010], *lv denied* 15 NY3d 775 [2010]). Concur—Friedman, J.P., Saxe, Manzanet-Daniels, Feinman and Gische, JJ.